UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA § | |
| § | |
| § | |
| v.   § | Case No. 3:14-MJ-00594-BH |
| § | |
| § | |
| JESUS PARAMO § | |

DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jesus Paramo, Defendant, who files this Motion for Substitution of Counsel, who requests the Court to grant permission to substitute Gregory L. Koss as the attorney of record in this cause, and in support thereof would show as follows:

I.

Gregory L. Koss, 7422 Rosemont, Dallas, Texas, 75217, State Bar Number 11689500, has been employed by Defendant Jesus Paramo. Jesus Paramo approved this substitution. This substitution is not sought for purposes of delay.

Jesus Paramo prays that the Court enter an order substituting Gregory L. Koss, and discharging Laura Harper as attorney of record for Jesus Paramo.

Respectfully submitted,

_____
Gregory L. Koss
Attorney for Defendant
7422 Rosemont
Dallas, Texas 75217
(214) 391-0088
State Bar No. 11689500

MOTION FOR SUBSTITUTION OF COUNSEL - Page 1

## CERTIFICATE OF CONFERENCE

I conferred with Assistant United States Attorney Camille E. Sparks, counsel for the government, regarding this Motion. Ms. Sparks is not opposed to the Motion.

/S/ Gregory L. Koss
Gregory L. Koss

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Substitute Counsel to Indict was delivered to the Honorable Irma Carrillo Ramirez, United States Magistrate Judge; and Assistant United States Attorney Camille E. Sparks at 1100 Commerce Street, Dallas, Texas 75202 on this the 28 day of August, 2014.

/S/ Gregory L. Koss
Gregory L. Koss